IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ANTHONY D. GARLAND,**
**D.O.C. # L42997,**

    **Plaintiff,**

vs.                                                            Case No. 4:11cv256-SPM/WCS

**HEALTH SERVICES DEPARTMENT,**

    **Defendant.**

    _____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se*, submitted to the Clerk of this Court, a "motion for temporary restraining order and preliminary injunction." Doc. 1. The Clerk erroneously failed to separate out several other documents submitted with the motion, including a declaration in support of the motion, a memorandum of law, and a proposed order to show cause. There is no need, however, to have the clerk correct the docket as this case cannot proceed.

Plaintiff has had more than three cases dismissed under 28 U.S.C. § 1915(e) and is, therefore, not entitled to proceed *in forma pauperis* in federal court pursuant to 28 U.S.C. § 1915(g). *See* cases 4:08cv580-RS/WCS and 4:09cv358-SPM/WCS in this

Court; and cases 08cv1020 and 08cv61054 were dismissed as frivolous by the Southern District of Florida, as well as case 08cv61052 which was dismissed for failure to state a claim. Furthermore, Case No. 4:10cv67-SPM/WCS was just dismissed last year as barred by 28 U.S.C. § 1915(g).

Considering that Plaintiff did not submit a motion seeking leave to proceed *in forma pauperis*, nor did he submit payment of the filing fee at the time he submitted his motion for temporary restraining order, doc. 1, Plaintiff is well aware that he is barred from proceeding with *in forma pauperis* status. As Plaintiff has not paid the filing fee, this case should be dismissed under 28 U.S.C. § 1915(g). That statute provides that a prisoner may not bring a civil action *in forma pauperis* under 28 U.S.C. § 1915:

> if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Plaintiff seeks medical treatment for an alleged left knee injury, a claim very similar to another case he just recently attempted to file. *See* case number 4:11cv235. Plaintiff does not allege imminent danger of serious physical injury, and Plaintiff did not pay the filing fee for this case.

Case No. 4:11cv256-SPM/WCS

In light of the foregoing, it is respectfully **RECOMMENDED** that this case be **DISMISSED** as Plaintiff is not entitled to proceed *in forma pauperis* under 28 U.S.C. § 1915(g), and did not pay the filing fee at the time of case initiation, and that the Clerk be directed to note on the docket that this case was dismissed under 28 U.S.C. § 1915(g).

**IN CHAMBERS** at Tallahassee, Florida, on June 6, 2011.

    s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**