IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY D. GARLAND,

    Plaintiff,

vs.                                           CASE NO.: 4:11-cv-256-SPM-WCS

HEALTH SERVICE DEPARTMENT OFFICE,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 3).  Plaintiff has been mailed a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1.     The Magistrate Judge's Report and Recommendation (doc. 3) is *adopted* and incorporated by reference in this order.

2.     The case is *dismissed* pursuant to 28 U.S.C. § 1915(g).

3.     All pending motions are denied as moot.

DONE AND ORDERED this thirteenth day of July, 2011.

                                                  *s/ Stephan P. Mickle*
                                                  Stephan P. Mickle
                                                  Senior United States District Judge